# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )

vs )

Cuauhtlahtouac Hernandez )

CASE NUMBER  08mj1083

ABSTRACT OF ORDER

Booking No._____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___4/16/08___

the Court entered the following order:

____✓____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

____✓____ Defendant released on $ 25,000 bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA
2008 APR 18 P 4:04

RUBEN B. BROOKS

UNITED STATES MAGISTRATE JUDGE

OR

Received_____
DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by_____

Deputy Clerk

Crim-9    (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**