UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Barraza, et al ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mj1083 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,   **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) / Case Disposed / Order of Court).

Roberto Aguilar-Perez

DATED: 4/12/2008

**RUBEN B. BROOKS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by
Deputy Clerk